THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVONNE RODRIGUEZ, Appellant. [774 NYS2d 800]—

Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered June 28, 2001, convicting him of murder in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that he established, by a preponderance of the evidence, the affirmative defense of extreme emotional disturbance to the charge of murder in the second degree (*see* Penal Law § 125.25 [1] [a]; *People v Roche,* 98 NY2d 70, 75 [2002]). The defendant presented no evidence that he suffered from a mental infirmity not rising to the level of insanity at the time of the homicide (*see People v Smith,* 1 NY3d 610 [2004]; *People v Roche, supra* at 75-76), and his conduct was "inconsistent with the loss of control associated with extreme emotional disturbance" (*People v Yong Ho Han,* 200 AD2d 780, 781 [1994]; *see People v Roche, supra* at 77; *People v Barber,* 2 AD3d 1290 [2003]; *People v Murden,* 190 AD2d 822 [1993]).

The defendant received the effective assistance of counsel (*see People v Benevento,* 91 NY2d 708 [1998]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). H. Miller, J.P., Goldstein, Adams and Cozier, JJ., concur.